No. 16,569.

CAPITOL FIXTURE AND SUPPLY COMPANY *v.* SHAW.

(238 P. [2d] 202)

Decided November 26, 1951.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Mr. PHILIP HORNBEIN, Mr. SOLOMON GIRSCH, for plaintiff in error.

No appearance for defendant in error.